IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA GILLIAM                                                                                          PLAINTIFF

v.                                              4:23-cv-00095-JM-JJV

T. GREER, Deputy,
Pulaski County Detention Facility                                                                    DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### I.    DISCUSSION

Joshua Gilliam ("Plaintiff") is proceeding *pro se* in this action seeking relief pursuant to 42 U.S.C. § 1983. On February 13, 2023, I denied his *In Forma Pauperis* Application as incomplete, gave him thirty days to file a properly supported Application, provided him with the necessary forms, advised him of his obligations under Local Rule 5.5(c)(2), and cautioned him I would recommend dismissal if he failed to timely comply with my instructions. (Doc. 3.) The time to comply with that Order has passed, and Plaintiff has not done so. Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 4, 5, 6.) For these reasons, I recommend this case be

1

dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 27th day of March 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE