# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOSHUA GILLIAM                        PLAINTIFF

v.                        4:23-cv-00095-JM

T. GREER, Deputy,
Pulaski County Detention Facility                        DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of prosecution, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 17th day of April, 2023.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE