**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JOSHUA GILLIAM                                                                                    PLAINTIFF

v.                                                        4:23-cv-00095-JM

T. GREER, Deputy,
Pulaski County Detention Facility                                                       DEFENDANT

## <u>JUDGMENT</u>

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from

this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE